**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| Plaintiff, ) | 2:11-cr-203-KJD-LRL |
| ) | |
| vs. ) | |
| ) | <u>ORDER</u> |
| BRIAN ARTURO MORENO ) | |
| ) | |
| Defendant, ) | |

This matter came before the Court on July 12, 2011 on the Petition for Action on Terms of Supervised Release. The Defendant admitted the allegations contained in the petition. The Court made findings that the Defendant had violated the terms of **his sup**ervised release. The Court modified the Supervised Release as follows: 1) Defendant shall remain in the Community Corrections Center until 11/25/2011 and abide by all the rules of the facility; 2) Defendant is released from lockdown at the Community Corrections Center; 3) Defendant shall abide by all conditions of supervised release.

IT IS SO ORDERED.

DATED this 13th day of July, 2011.

_____
UNITED STATES DISTRICT JUDGE